UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FUSION SMOKE SHOP d/b/a FUSION SMOKE SHOP and JOHN DOE,<br><br>　　　　　Defendants. | No. 3:23-cv-00751-LB<br><br>**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO SUBSTITUTE DEFENDANTS** |

Upon consideration of the Plaintiff's Motion, and being otherwise fully advised on the premises, it is hereby **ORDERED** and **ADJUDGED** that the Plaintiff's Motion to Leave to File Amended Complaint to substitute Defendants is **GRANTED**.

DONE AND ORDERED in Chambers this 26 day June 2023.

_____
UNITED STATES MAGISTRATE JUDGE

c: All counsel of record

1