1  TOMAS C. LEON
2  (CA SBN 321117)
   tommie@leon.law
3  (909) 616-5969
4  LEON LAW, LLP
   1145 W. 55th Street
5  Los Angeles, CA 90037
6  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GS HOLISTIC, LLC, | No. 3:23-cv-00751-LB |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| KRISHNA DAHAL d/b/a FUSION SMOKE SHOP, | |
| Defendants, | |

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby voluntarily dismisses the Defendants, KRISHNA DAHAL d/b/a FUSION SMOKE SHOP, from this case with prejudice. By agreement of the parties, both parties will bear their own attorneys' fees and costs. The Court reserves jurisdiction to enforce the Settlement Agreement.

1

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 19, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

/s/ *Tomas Carlos Leon*
Tomas Carlos Leon
CA Bar #321117
Leon Law LLP
1145 W. 55th Street
Los Angeles, California 90037
tommie@leon.law
*Attorney for the Plaintiff*

2